UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GURPREET SINGH (A-241-304150),

Petitioner,

v.

WARDEN, CALIFORNIA CITY
CORRECTIONAL CENTER, et al.,

Respondents.

No.  1:26-cv-3007 DC CSK

ORDER

Petitioner, an immigration detainee proceeding without counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

On May 15, 2026, the district court granted petitioner's motion for temporary restraining order and ordered petitioner's immediate release, and issued a preliminary injunction on the same terms, and referred the matter to the undersigned for further proceedings.  (ECF No. 6.)  Within 7 days of the date of this order, respondents shall file a Status Report to confirm that petitioner was released from custody as ordered by the district court.

On April 22, 2026, respondents filed an opposition to the petition for writ of habeas corpus.  (ECF No. 5.)  Petitioner is granted ten days to file a reply, if any, to the opposition.  If

1

petitioner does not file a reply by this deadline, the petition will be deemed submitted on the record currently before the court without any additional briefing.

Accordingly, IT IS HEREBY ORDERED that:

1. Given petitioner's pro se status, within 7 days of the date of this order, respondents shall file a status report to confirm that petitioner was released from custody as ordered by the district court.

2. Petitioner's reply to the opposition to the habeas petition, if any, is due 10 days from the date of this order.

3. Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending.  Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address."  A notice of change of address must be properly served on other parties. Service of documents at the address of record for a party is fully effective.  L.R. 182(f).

Dated:  May 27, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/sing3007.100.2241.imm

2